# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN BEWIG, No. 25464-044, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL NO. 11-cv-015-DRH |
| ) | |
| LISA J.W. HOLLINGSWORTH, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

This action came before the Court, Chief District Judge David R. Herndon, for preliminary consideration of petitioner's application for writ of habeas corpus. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed with prejudice. Judgment is entered in favor of respondent and against petitioner. Petitioner is to take nothing from this action.

**DATED**: August 16, 2011

NANCY J. ROSENSTENGEL, CLERK

By: s/ Tanya Kelley
  Deputy Clerk

APPROVED:

Digitally signed by David R. Herndon
Date: 2011.08.16 10:51:06 -05'00'

Chief Judge
United States District Court

Page 1 of 1